469 A.2d 286

Commonwealth v. Green, Appellant.
Petition for Allowance of Appeal
Denied April 3, 1984.

Submitted June 16, 1983. Elaine DeMasse, Assistant

Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, and McEWEN and HOFFMAN, JJ.

Affirmed.